```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
MARTIN TRETOLA, MARBLES ENTERPRISES,
INC., D/B/A T&T GUNNERY,

             PLAINTIFFS,                    VERDICT SHEET
                                            08-CV-3225 (DRH)
        -AGAINST-

ERIK FALTINGS AND THE COUNTY OF
NASSAU,

             DEFENDANTS.
-----------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★   AUG 15 2012   ★

LONG ISLAND OFFICE

INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE CHARGE. THE PURPOSE OF THIS FORM IS <u>SOLELY</u> TO ASSIST YOU IN REPORTING YOUR VERDICT.

YOUR VERDICT MUST BE UNANIMOUS, THAT IS, EACH OF YOU MUST AGREE ON THE ANSWER TO EACH QUESTION.

### FEDERAL CIVIL RIGHTS CLAIMS

1. (A) HAS THE <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT FALTINGS?

    YES ✓        NO _____

   (B) HAS THE <u>FEDERAL CIVIL RIGHTS CLAIM OF MALICIOUS PROSECUTION</u> BEEN ESTABLISHED AS TO THE DEFENDANT FALTINGS?

    YES ✓        NO _____

### STATE LAW CLAIMS

2. (A) HAS THE <u>STATE LAW/FALSE ARREST</u> CLAIM BEEN ESTABLISHED

        AS TO THE DEFENDANT FALTINGS?

        YES ✓    NO ____

   (B)  HAS THE <u>STATE LAW/FALSE ARREST</u> CLAIM BEEN ESTABLISHED AS TO THE DEFENDANT COUNTY OF NASSAU?

        YES ✓    NO ____

3.  (A)  HAS THE <u>STATE LAW/MALICIOUS PROSECUTION</u> CLAIM BEEN ESTABLISHED AS TO THE DEFENDANT FALTINGS?

        YES ✓    NO ____

   (B)  HAS THE <u>STATE LAW/MALICIOUS PROSECUTION</u> CLAIM BEEN ESTABLISHED AS TO THE DEFENDANT COUNTY OF NASSAU?

        YES ✓    NO ____

IF YOU ANSWERED "NO" TO ALL OF QUESTIONS 1(A), 1(B), 2(A), 2(B), 3(A), AND 3(B), YOU HAVE FOUND FOR DEFENDANTS. PROCEED NO FURTHER AND SIMPLY REPORT YOUR VERDICT TO THE COURT.

IF YOU ANSWERED "YES" TO ANY OF QUESTIONS 1(A), 1(B), 2(A), 2(B), 3(A), OR 3(B), THEN YOU HAVE FOUND FOR THE PLAINTIFFS, IN WHICH EVENT YOU SHOULD PROCEED TO QUESTIONS 4 AND 5 BELOW.

<u>COMPENSATORY DAMAGES</u>

4.  PLEASE STATE THE TOTAL AMOUNT OF COMPENSATORY DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFFS:

    COMPENSATORY DAMAGES (TOTAL AMOUNT)

    $ __3.0 MILLION__

<u>PUNITIVE DAMAGES</u>

5. PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFFS AGAINST DEFENDANT FALTINGS:

PUNITIVE DAMAGES

$ _2.0 MILLION_

_____
FOREPERSON

DATED: AUGUST 15, 2012
       CENTRAL ISLIP, NEW YORK